# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2008

136687

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

SC: 136687
COA: 282209
Grand Traverse CC: 07-010391-FH

BOBBY WAYNE HODGES,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the May 6, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2008

Clerk